June L. Jerry, Respondent, v. State of New York, Appellant. (Claim No. 35232.) Frank Falkowski, Respondent, v. State of New York, Appellent. (Claim No. 35320.) —

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, J. [26 Misc 2d 367.]